IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEVIN CURRAN, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:17-cv-07930 |
| BAYER HEALTHCARE LLC, | ) ) Judge Jorge L. Alonso |
| Defendant. | ) ) Magistrate Judge Young B. Kim |

**DEFENDANT BAYER HEALTHCARE LLC'S**
**MOTION FOR STAY**

Defendant Bayer Healthcare LLC, by its undersigned counsel, respectfully moves for a stay of discovery and of the minute order "requir[ing] the parties to comply with the order entered on April 17, 2018." Dkt. No. 70. In support of this motion, Bayer states as follows:

1. The Court dismissed Plaintiff's complaint without prejudice on Wednesday, May 30, 2018. Dkt. No. 69. The Court granted Plaintiff leave to file an amended complaint on or before June 25, 2018.

2. Shortly after that dismissal, a docket entry was made that states: "MINUTE entry before the Honorable Young B. Kim: This court requires the parties to comply with the order entered on April 17, 2018, (R. 61)." *See* Dkt. No. 70.

3. Bayer seeks a stay of that order and of discovery because there is currently no operative complaint in this case. Pursuant to Fed. R. Civ. P. 26(b)(1), the scope of discovery is limited to "nonprivileged matter that is relevant to any party's claim or defense and proportional to the needs of the case." At present, however, because there is no live or viable complaint, there is no "claim or defense" to which discovery could be relevant.

4. In addition, through this District's Pilot Program, Bayer has already produced a significant amount of material to Plaintiff. Producing additional materials would be burdensome, and Bayer should not have to undertake those burdens when no viable claim or defense is pending.

WHEREFORE, Bayer respectfully requests that this Court stay the minute entry and all discovery in this case pending the filing of an amended complaint that survives a motion to dismiss. In the alternative, and at a minimum, Bayer requests that the Court order Plaintiff to post a bond to cover Bayer's ongoing discovery costs unless and until Plaintiff files an amended complaint that is not dismissed.

Respectfully submitted,

By: _/s/ Eugene A. Schoon_
Counsel for Bayer Healthcare LLC

Eugene A. Schoon
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
eschoon@sidley.com
(312) 853-7000

        Jonathan F. Cohn (admitted *pro hac vice*)
        jcohn@sidley.com
        Joshua J. Fougere (admitted *pro hac vice*)
        jfougere@sidley.com
        Katherine L. Olson (admitted *pro hac vice*)
        katherine.olson@sidley.com
        SIDLEY AUSTIN LLP
        1501 K Street, N.W.
        Washington, D.C. 20005
        Telephone: (202) 736.8000
        Facsimile: (202) 736.8711

Dated: June 4, 2018

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 4, 2018, a copy of the foregoing was electronically filed in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

                  */s/ Eugene A. Schoon*

232522949