**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| KEVIN CURRAN, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  v.<br><br>BAYER HEALTHCARE LLC and MERCK & CO., INC.,<br><br>      Defendants. | Case No.: 1:17-cv-7930<br><br>Judge Jorge L. Alonso |

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff Kevin Curran ("Plaintiff") and Defendant Bayer Healthcare, LLC, by and through their respective attorneys, hereby stipulate and agree that Plaintiff may, and hereby does, dismiss this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties to bear their own costs and attorneys' fees.

Dated: February 12, 2019        Respectfully submitted,

                 By: */s/ Eugene A. Schoon*
                 Counsel for Bayer Healthcare LLC

                 Eugene A. Schoon
                 SIDLEY AUSTIN LLP
                 One South Dearborn Street
                 Chicago, IL 60603
                 eschoon@sidley.com
                 (312) 853-7000

                 Jonathan F. Cohn (admitted *pro hac vice*)
                 jcohn@sidley.com

Joshua J. Fougere (admitted *pro hac vice*)
jfougere@sidley.com
Jacquelyn E. Fradette (admitted *pro hac vice*)
jfradette@sidley.com
Katherine L. Olson (admitted *pro hac vice*)
katherine.olson@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736.8000
Facsimile: (202) 736.8711


By: */s/ Janine L. Pollack*
Janine L. Pollack
**THE SULTZER LAW GROUP, P.C.**
351 W.54th Street, Suite 1C
New York, NY 10019
Telephone: (212) 969-7810
Fax: (888) 749-7747
pollackj@thesultzerlawgroup.com
Carl V. Malmstrom

**WOLF HALDENSTEIN**
**ADLER FREEMAN & HERZ LLC**
111 W. Jackson St., Suite 1700
Chicago, IL 60604
Telephone: (312) 984-0000
Fax: (312) 214-3110
malmstrom@whafh.com
Stephen P. DeNittis
Joseph Osefchen
Shane Prince

**DeNITTIS OSEFCHEN PRINCE, P.C.**
Five Greentree Centre
525 Route 73 North, Suite 410
Marlton, NJ 08053
Telephone: (856) 797-9951
Fax: (856) 797-9978
sdenittis@denittislaw.com
josefchen@denittislaw.com
sprince@denittislaw.com

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2019, a copy of the foregoing was electronically filed in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

*/s/ Eugene A. Schoon*

ACTIVE 239894265